UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
LAFAYETTE DIVISION

| | |
|---|---|
| **JOSEPH A PITRE** | **CIVIL CASE NO.  6:22-CV-05166** |
| **VERSUS** | **JUDGE DAVID C. JOSEPH** |
| **JULIUS ALSANDOR, ET AL** | **MAGISTRATE JUDGE DAVID J. AYO** |

### JUDGMENT

Before this Court is a MOTION TO DISMISS filed by defendant Opelousas Housing Authority [Doc. 48]. This motion was referred to United States Magistrate Judge David J. Ayo for report and recommendation. After an independent review of the record, noting the absence of objections filed, this Court concludes that the Magistrate Judge's REPORT AND RECOMMENDATION [Doc. 51] is correct and adopts the findings and conclusions therein as its own. Accordingly,

IT IS ORDERED, ADJUDGED, AND DECREED that, consistent with the REPORT AND RECOMMENDATION, defendant Opelousas Housing Authority's MOTION TO DISMISS [Doc. 48], is GRANTED and, accordingly, all remaining claims by plaintiff Joseph A. Pitre against sole remaining defendant Opelousas Housing Authority are hereby DENIED and DISMISSED with prejudice for failure to comply with the Court's orders and failure to prosecute under Rules 16 and 37 of the Federal Rules of Civil Procedure.

THUS DONE AND SIGNED in Chambers on this 10th day of December, 2025.

_____
**DAVID C. JOSEPH**
**UNITED STATES DISTRICT JUDGE**